UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ECF CASE** |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| DARRELL JONES, | **19 CR 35 (NSR)** |
| Defendant. | |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney
for the Southern District of New York


By:    /s/ *Reyhan Watson*
       Reyhan Watson
       Assistant United States Attorney
       (914) 993-1965
       reyhan.watson@usdoj.gov